UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA FOSTER; LINDA THURMAN; GREG SOLLEY; HEATHER COTTON; and ERIC JOHNSON;  <br><br>Plaintiffs;  <br><br>v.  <br><br>JUDICIAL CORRECTION SERVICES, INC., a corporation; and CORRECTION HEALTHCARE COMPANIES, INC., a corporation;  <br><br>Defendants. | CIVIL ACTION NO: 2:12-cv-724-MHT |

## MOTION TO DISMISS

Judicial Correction Services, Inc. ("JCS") and Correctional Healthcare Services, Inc. ("CHC") move the Court to dismiss this lawsuit for failure to state a claim upon which relief can be granted. Fed. R. Civ. 12(b)(6). In addition, the case should also be dismissed because Judicial Correction Services, Inc. and Correction Healthcare Companies, Inc. are entitled to absolute quasi-judicial immunity. A supporting memorandum of points and authorities is filed concurrently with this motion which JCS and CHC incorporate with this motion.

Respectfully submitted on September 18, 2012.

|  |  |
|---|---|
|  | /s/ Wayne Morse, Jr.<br>Wayne Morse, Jr. |
| WALDREP STEWART<br>& KENDRICK, LLC<br>2323 Second Avenue North<br>Birmingham, AL  35203<br>Telephone:  (205) 254-3216<br>Facsimile:   (205) 324-3802 |  |
|  | /s/ Walter E. McGowan<br>Walter E. McGowan |
| GRAY LANGFORD SAPP<br>MCGOWAN GRAY &<br>NATHANSON<br>PO Box 830239<br>Tuskegee, AL 36083<br>Telephone:  (334) 727-4830<br>Facsimile:  (334) 727-5877<br>wem@glsmgn.com |  |
|  | Attorneys for Judicial Corrections Services, Inc. and Correctional Healthcare Companies, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sends notification of such filing to the following attorneys of record.  I also hereby certify that I have mailed via U.S. Postal Service, the foregoing document to any of the following who may not be CM/ECF participants.

Kearney Dee Hutsler
Hutsler Law Firm
2700 Highway 280
Suite 320 West
Birmingham, AL 35223

/s/ Wayne Morse, Jr.
OF COUNSEL