IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA FOSTER; LINDA ) <br> THURMAN; GREG SOLLEY; ) <br> HEATHER COTTON; and ) <br> ERIC JOHNSON, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JUDICIAL CORRECTION ) <br> SERVICES, INC., a ) <br> corporation; and CORRECTION ) <br> HEALTHCARE COMPANIES, INC., ) <br> a corporation, ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO. <br>  2:12cv724-MHT |

ORDER

It is ORDERED that the motions to dismiss and for change of venue (doc. nos. 12 & 14) are set for submission, without oral argument, on October 5, 2012, with all briefs due by said date.

DONE, this the 21st day of September, 2012.

                          /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE