IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA FOSTER; LINDA THURMAN; GREG SOLLEY; HEATHER COTTON; and ERIC JOHNSON, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:12cv724-MHT ) |
| JUDICIAL CORRECTION SERVICES, INC., a corporation; and CORRECTIONAL HEALTHCARE COMPANIES, INC., a corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) |

ORDER

It is ORDERED that the motion for leave to amend complaint (doc. no. 44) is granted.  The court assumes that the non-movants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 15th day of January, 2013.

          /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE