IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA THURMAN; GREG SOLLEY; ERIC JOHNSON; and COURTNEE CARROLL | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CASE NO. 2:12-cv-00724-MHT-TFM ) |
| JUDICIAL CORRECTION SERVICES, INC., a corporation; CORRECTIONAL HEALTHCARE COMPANIES, INC., a corporation | ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants JUDICIAL CORRECTION SERVICES, INC. and CORRECTIONAL HEALTHCARE COMPANIES, INC. (collectively, "JCS") respectfully move the Court to enter summary judgment in their favor on Plaintiffs' claims. In support thereof, JCS states as follows:

1. JCS is entitled to summary judgment on Plaintiffs' unjust enrichment claims because JCS acted lawfully.

{B1657322}

2. JCS is entitled to summary judgment on Plaintiffs' unjust enrichment claims under the voluntary payment doctrine because Plaintiffs pled guilty, agreed to serve probation, and voluntarily paid JCS.

3. JCS is entitled to summary judgment on Plaintiffs' unjust enrichment claims because Plaintiffs have waived any right to contest their probation orders.

4. JCS is entitled to summary judgment on Plaintiffs' unjust enrichment claims based on the doctrine of absolute quasi-judicial immunity as JCS merely carried out orders of Alabama municipal courts.

5. JCS is entitled to summary judgment on Plaintiffs' claims for declaratory relief because Plaintiffs lack proper standing, and such claims would constitute an intrusive, unworkable, and ongoing interference with state court criminal proceedings.

6. JCS is entitled to summary judgment on Plaintiffs' claims for obstruction of law and denial of equal protection because Plaintiffs have failed to state cognizable claims.

As further support for this Motion, JCS relies upon their Memorandum of Law in Support of Motion for Summary Judgment and Evidentiary Submission in Support of Motion for Summary Judgment, which are being filed contemporaneously herewith.

{B1657322}

Respectfully Submitted,

/s/  *Jay M. Ezelle*
Jay M. Ezelle (ASB-4744-Z72J)
C. Clayton Bromberg, Jr. (ASB-9471-L75B)
Stephen A. Sistrunk (ASB-4229-E63S)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000
Email: jezelle@starneslaw.com
cbromberg@starneslaw.com
ssistrunk@starneslaw.com
*Attorneys for Defendants*

{B1657322}

# CERTIFICATE OF SERVICE

     I do hereby certify that on this the 20th day of September 2013, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF System, which will provide automatic notice of the filing to the following:

Kearney Dee Hutsler, III
kdhlaw@hutslerlawfirm.com

William Lewis Garrison, Jr.
wlgarrison@hgdlawfirm.com

Christopher Boyce Hood
chood@hgdlawfirm.com

Mark R. Ekonen
mark@hgdlawfirm.com

                                        /s/ *Jay M. Ezelle*
                                        OF COUNSEL