IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA THURMAN; GREG SOLLEY; ERIC JOHNSON; and COURTNEE CARROLL | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 2:12-cv-00724-MHT-TFM ) |
| JUDICIAL CORRECTION SERVICES, INC., a corporation; CORRECTIONAL HEALTHCARE COMPANIES, INC., a corporation | ) ) ) ) ) |
| Defendants. | ) |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs Greg Solley ("Mr. Solley") and Eric Johnson ("Mr. Johnson") and Defendants Judicial Correction Services, Inc. ("JCS") and Correctional Healthcare Companies, Inc. ("CHC"), by and through their attorneys of record, and give notice that the claims asserted by Mr. Solley and Mr. Johnson have been resolved.  Pursuant to Federal Rule of Civil Procedure 41, the parties request the Court to enter an Order of Dismissal with prejudice of the claims of Plaintiffs Solley and Johnson and for the parties to bear their own costs in connection with that dismissal. This joint request is limited to Plaintiffs Solley and

Johnson and does not affect the claims asserted by Plaintiffs Courtnee Carroll and Linda Thurman.

        Respectfully Submitted,

        /s/  *C. Clayton Bromberg, Jr.*
        Jay M. Ezelle (ASB-4744-Z72J)
        C. Clayton Bromberg, Jr. (ASB-9471-L75B)
        Stephen A. Sistrunk (ASB-4229-E63S)
        STARNES DAVIS FLORIE LLP
        100 Brookwood Place, Seventh Floor
        Birmingham, Alabama 35209
        Telephone:  (205) 868-6000
        Email:    jezelle@starneslaw.com
                    cbromberg@starneslaw.com
                    ssistrunk@starneslaw.com
        ***Attorneys for Defendants***

        */s/ Christopher B. Hood*
        Christopher Boyce Hood (ASB-2280-S35H)
        HENINGER GARRISON DAVIS LLC
        2224 First Avenue North
        Birmingham, Alabama 35203
        Telephone:  (205) 326-3336
        Email:    chood@hgdlawfirm.com
        ***Attorney for Plaintiffs***

{B1691166}

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this the 9th day of December 2013, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF System, which will provide automatic notice of the filing to the following:

Kearney Dee Hutsler, III
kdhlaw@hutslerlawfirm.com

William Lewis Garrison, Jr.
wlgarrison@hgdlawfirm.com

Christopher Boyce Hood
chood@hgdlawfirm.com

Mark R. Ekonen
mark@hgdlawfirm.com

/s/ *C. Clayton Bromberg, Jr.*
OF COUNSEL

{B1691166}