IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA THURMAN; et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:12cv724-MHT |
| | ) | (WO) |
| JUDICIAL CORRECTION SERVICES, INC., a corporation; and CORRECTIONAL HEALTHCARE COMPANIES, INC., a corporation, | ) ) ) ) ) ) | |
| | ) | |
|     Defendants. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion for dismissal (doc. no. 119) is granted.

(2) Plaintiffs Greg Solley and Eric Johnson and their claims are dismissed with prejudice, with the parties to bear their own costs. Plaintiffs Solley and Johnson are terminated as parties.

This case is not closed.

DONE, this the 11th day of December, 2013.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**