IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| LINDA THURMAN; et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:12cv724-MHT |
| | ) | |
| JUDICIAL CORRECTION | ) | |
| SERVICES, INC., a | ) | |
| corporation; and | ) | |
| CORRECTIONAL HEALTHCARE | ) | |
| COMPANIES, INC., a | ) | |
| corporation, | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

Because of the pending motions, it is ORDERED as follows:

(1) The motion to continue (doc. no. 121) is granted.

(2) The pretrial and trial are continued generally.

DONE, this the 27th day of January, 2014.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE