**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 18, 2016

NOTICE OF REASSIGNMENT

To: All Counsel of Record

Re: Thurman, et al. v. Judicial Correction Services, Inc., et al
    Civil Action No. 2:12-cv-00724-MHT-TFM

The above-styled case has been reassigned to Judge R. David Proctor.

Please note that the case number is now ***2:12-cv-00724-RDP.*** This new case number should be used on all future correspondence and pleadings in this action.