UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| LINDA THURMAN, et al., | } |
| Plaintiffs, | } |
| v. | } Case No.: 2:12-cv-00724-RDP-TFM |
| JUDICIAL CORRECTIONS SERVICES, INC., et al., | } |
| Defendants. | } |

## ORDER

This case is before the court following the oral argument held on July 24, 2017. As discussed on the record during oral argument, the parties **MAY** file supplemental briefs **by July 31, 2017** on the *Rooker-Feldman*, *Heck v. Humphrey*, and quasi-judicial immunity issues discussed during oral argument. The parties' supplemental briefs **MAY** contain up to fifteen pages each.

**DONE** and **ORDERED** this July 25, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE