UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| LINDA THURMAN, et al., | } |
| Plaintiffs, | } |
| v. | } Case No.: 2:12-cv-00724-RDP-TFM |
| JUDICIAL CORRECTION SERVICES, INC., et al., | } |
| Defendants. | } |

## NOTICE OF APPEAL

Notice is hereby given that Linda Thurman, et al., Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's grant of summary judgment in favor of the Defendants, Judicial Correction Services, Inc. (Doc. 164) (for reasons explained in the Memorandum Opinion (Doc. 163)) entered in this action on the 13th day of September, 2017.

Respectfully submitted this 5th day of October, 2017.

/s/ William Lewis Garrison, Jr.
William Lewis Garrison, Jr.
Christopher Boyce Hood
Mark R. Ekonen
Anna M. Carroll
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL 35203
Tel: 205-326-3336

Fax: 205-326-3332
lewis@hgdlawfirm.com
chood@hgdlawfirm.com
mark@hgdlawfirm.com
acarroll@hgdlawfirm.com

Kearney D. Hutsler, III
15 Richard Arrington Jr. Blvd, N.
Ste. 320
Birmingham, AL 35203
Tel: 205-414-9979
Fax: 205-879-9229
kdlaw@hutslerlawfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I certify that I caused a copy of the above and foregoing to be served on all counsel of record, via the Court's ECF filing system, this 5th day of October, 2017.

/s/ William Lewis Garrison, Jr.
William Lewis Garrison, Jr.